# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1314
Lower Tribunal No. 2020-CF-010887-A-O

_____

TYSON JACQUECIN,

Appellant,
v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

July 23, 2024

PER CURIAM.

AFFIRMED.

STARGEL, MIZE and BROWNLEE, JJ., concur.


Matthew J. Metz, Public Defender, and George D.E. Burden, Assistant Public Defender, Daytona Beach, for Appellant.

Tyson Jacquecin, Crawfordville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., and Rebecca Rock McGuigan, Assistant Attorney Generals, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED